**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CARLOS AGUILAR MEDINA,
Petitioner,
v.
MARKWAYNE MULLIN, *et al.*,
Respondents.

Case No. 5:26-cv-04021-DKW-ACCV

**JUDGMENT**

Pursuant to the Court's Further Order Granting in Part First Amended Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is granted in part.

DATED: November 9, 2026 at Honolulu, Hawaii.

Derrick K. Watson
Chief United States District Judge